# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>SPRING R. BARTLEY | **DOCKET NO:** 07-103 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Spring R. Bartley | |
| **DOB:**   **PDID:** | FILED<br>JUN 0 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

WIRE FRAUD;

MAIL FRAUD;

CAUSING AN ACT TO BE DONE;

SOCIAL SECURITY FRAUD

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:1343; 18:1341; 18:2; and 42:1383(a)(3)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:**<br>MAGISTRATE JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>U.S. MAGISTRATE JUDGE ROBINSON | **DATE ISSUED:**<br>4/19/07 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:**<br>4/19/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 06/07/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 06/07/07 | USMS | |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |