IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 07-103 (RBW) |
| SPIRIT BARTLEY, | |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Rita B. Bosworth, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Charles Daum, Esq., 736 7th St., NE, Washington, D.C. 20002, has been retained to represent Spirit Bartley in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that Rita B. Bosworth, Assistant Federal Public Defender, be permitted to withdraw as counsel for Spirit Bartley, in this case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

"/s/"
Rita B. Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was this 17th day of September, 2002, served upon Stuart Nash, Esq., Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20001, and James Rudasill, Esq., Counsel for Defendant Eric S. Kouam, 601 Indiana Ave., NW, Washington, DC 20001.

_____    _____
                                                                         Sean C. Grimsley
                                                                         Assistant Federal Public Defender

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
| v. | ) Cr. No. 02-329 (JDB) |
| **ERIC STEPHEN KOUAM,** | ) |
| **Defendant.** | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of September, 2002, hereby

***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

***ORDERED*** that Sean C. Grimsley, Esq., is permitted to withdraw as counsel.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Stuart G. Nash, AUSA
555 Fourth St., NW
Washington, DC 20001

James Rudasill
601 Indiana Ave., NW
Washington, D.C. 20001