IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 07-103 (RBW) |
| **SPRING BARTLEY,** | |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

    Rita B. Bosworth, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

    1. Charles Daum, Esq., 736 7th St., NE, Washington, D.C. 20002, has been retained to represent Spring Bartley in all future proceedings in this case.

    *WHEREFORE*, it is respectfully requested that Rita B. Bosworth, Assistant Federal Public Defender, be permitted to withdraw as counsel for Spring Bartley, in this case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


"/s/"
Rita B. Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
| v. | ) Cr. No. 07-103 (RBW) |
| **SPRING BARTLEY,** | ) |
| **Defendant.** | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this _____ day of June, 2007, hereby

***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

***ORDERED*** that Rita B. Bosworth, Esq., is permitted to withdraw as counsel.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE