**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 07-103 (RBW) |
| SPRING BARTLEY, | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public

Defender in this case, and the entire record in this matter, it is this 26th day of June, 2007,

hereby

*ORDERED* that the Motion to Withdraw as Counsel is hereby granted; and it is further

*ORDERED* that Rita B. Bosworth, Esq., is permitted to withdraw as counsel.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE