**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com
Writer's Direct Dial: (202) 420-2237

E-Mail Address   levineb@dicksteinshapiro.com

June 7, 2007

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VIA HAND DELIVERY AND FACSIMILE**

The Honorable Paul L. Friedman
United States District Court Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Let this be filed*
*Paul L. Friedman*
*U.S. District Judge*
*6/26/07*

Re:   *United States v. John W. Hinckley, Jr.*, No. 81-306 (PLF)

Dear Judge Friedman:

It has been the practice in these proceedings for the parties to agree to redact sensitive material in the publicly-available versions of exhibits admitted by the Court. Please be advised that the parties have agreed on redactions to the following documents:

- Government Exhibit 07-01
- Government Exhibit 07-02
- Government Exhibit 07-03
- Government Exhibit 07-05
- Government Exhibit 07-06
- Government Exhibit 07-07
- Government Exhibit 07-08
- Government Exhibit 07-09
- Government Exhibit 07-12
- Government Exhibit 07-19
- Government Exhibit 07-20
- Patient's Exhibit 3
- Patient's Exhibit 8
- Patient's Exhibit 10
- Patient's Exhibit 11
- Patient's Exhibit 12
- Patient's Exhibit 13
- Patient's Exhibit 14
- Patient's Exhibit 15
- Patient's Exhibit 16

The parties have also agreed that the following exhibits do not require any redactions: Government Exhibits 07-13, 07-14, 07-15 and 07-21 and Patient Exhibits 1, 2, and 9.

**DICKSTEIN**SHAPIRO<sub>LLP</sub>

The Honorable Paul L. Friedman
June 7, 2007
Page 2

     Moreover, the parties have agreed that the Secret Service Memoranda (Patient's Exhibit 5) and Patient's Exhibits 6 and 7, will remain under seal.

     It has been the practice for each of the parties to retain the redacted versions of the exhibits, which are voluminous. However, should the Court require copies of the redacted exhibits, undersigned counsel will be pleased to make them available to the court.

                             Sincerely,

                             Barry Wm. Levine

                             Thomas E. Zeno /by aml/

AML:smg

cc:    Thomas E. Zeno, Esq. (via facsimile)

DSMDB-2265166v01