CO-526
(12/86)

**FILED**

AUG 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
                                )
            vs.                 )    Criminal No. 07-103
                                )
                                )
_Spring Bartley_                )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
            Defendant

_____
      Counsel for defendant

I consent:

_____
   United States Attorney

Approved:

_____
            Judge