UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : |
| | : Criminal No. 07-103 (RBW) |
| Spring R. Bartley | : |
| | : |
| Defendant | : |

## ELEMENTS OF THE OFFENSE

In order to sustain its burden of proof for the crime of using a wire communication in interstate commerce to further a scheme or plan to obtain money by means of false or fraudulent pretenses and representations as charged in Count 1 of the indictment, the government must prove the following three (3) essential elements beyond a reasonable doubt:

First, the formation of a scheme or artifice to obtain money or property by means of false or fraudulent pretenses and representations,

Second, the defendant knowingly participated in a scheme or artifice to obtain money by means of false or fraudulent pretenses and representations as detailed in Count 1 of the indictment; and

Third, the defendant used or caused the use of interstate wire communication facilities to further that scheme.[1]

---

[1] Devitt & Blackmar, Federal Jury Practice and Instructions, (4th Ed. 1990), Section 40.07; United States v. Lemire, 720 F.2d 1327, 1334-1335 (D.C. Cir. 1983), cert. denied, 467 U.S. 126 (1984) (modified).