HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: CR-07-103-01 | JAN 1 1 2008 |
| vs. | : SSN: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| BARTLEY, Spring | : Disclosure Date: October 26, 2007 | |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       11-14-07
Prosecuting Attorney                Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(✓) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Spring Bartley  11/15/07        _____  11/14/07
Defendant        Date              Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 9, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Defendant Spring Bartley maintains that the United States Government debited her checking account of several thousand dollars in January 2006. Defendant Bartley is in the process of obtaining bank records in order to ascertain the amount of money recovered by the Government. The defendant further maintains that the amount of restitution is not $80,113.00 but rather the amount of restitution should be reduced by the amount recovered by the Government in January 2006.

# *THE LAW OFFICE OF CHARLES F. DAUM*

736 5th Street, N.E.
Washington, DC 20002

**Telephone: 202-546-8886**        **Facsimile: 202-546-0330**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Renee Moses-Gregory
U.S. Probation Officer
300 Constitution Ave. N.W.
Washington, DC 20001
Fax: 202-273-0242

Re: United States v. Spring Bartley
Cr. # 07-103-01

COMMENTS: As discussed last evening attached hereto is the addition of defendant Bartley pursuant to her acknowledgement of the presentence investigation report.